UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARL HUNTER,

    Plaintiff,

Case No. 19-50914

v.

HON. MARK A. GOLDSMITH

LAND BANK, et al.,

    Defendants.

_____/

## ORDER DENYING LEAVE TO FILE COMPLAINT AND DISMISSING COMPLAINT

Plaintiff Carl Hunter is an enjoined filer in this district. Judge Cleland enjoined Hunter on March 12, 2019 from filing any further cases in this district without first seeking and obtaining leave by the presiding judge. See 3/12/2019 Order, Hunter v. Withmore, Case No. 19-10354 (observing that Hunter has filed six incomprehensible complaints in this district and another twenty in the Western District of Michigan). The Court has reviewed Hunter's complaint and cannot decipher the nature of Hunter's claims. The body of Hunter's complaint has something to do with printing money, but the attachments relate to eviction proceedings. See PageID.5. Hunter's complaint is of the same kind prohibited by Judge Cleland's order. Accordingly, the Court denies Hunter leave to file the present

1

complaint, denies his application to proceed in forma pauperis (Dkt. 2), and dismisses this case without prejudice.

SO ORDERED.

Dated: June 27, 2019  s/Mark A. Goldsmith
    Detroit, Michigan  MARK A. GOLDSMITH
                                              United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 27, 2019.

                                               s/Erica Karhoff on behalf of
                                               Karri Sandusky, Case Manager